of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EMMA CHRISTOFORO, as Administratrix, etc., of GERALD CHRISTOFORO, Deceased, Respondent, v. CLARENCE L. SMITH, INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SAMUEL ROSENBLUM, INC., Respondent, v. THE NATIONAL COLD STORAGE Co., INC., Appellant.— Order so far as appealed from modified by allowing item 5 in toto of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THOMAS ARAKIAN, Respondent, v. ONNIG GEDIGGIAN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SOO HOO TAN and Another, Individually and as Copartners, etc., Respondents, v. HAMILTON FIRE INSURANCE COMPANY, Also Known as HAMILTON FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SOO HOO TAN and Another, Individually and as Copartners, etc., Respondents, v. HAMILTON FIRE INSURANCE COMPANY, Also Known as HAMILTON FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes to reverse and deny the motion.

JENNIE L. INGO, Appellant, v. LOUIS DIENST, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FAIRFAX PARTITION & CONSTRUCTION Co., INC., Appellant, v. PENN METAL COMPANY, a Massachusetts Corporation, Doing Business, etc., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGE C. LIEBER, JR., Respondent, v. QUAYLE & SON CORPORATION, Appellant.— Order entered July 11, 1934, reversed, without costs of appeal, and the motion granted on payment of thirty dollars costs. The amended answer to be served within ten days from service of order. Appeal from order entered August 2, 1934, dismissed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. NORTHWAY HOLDING Co., INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BERNARD TURFLL, Respondent, v. HERMAN COHEN and Another, Copartners, etc., Appellants.— Order so far as appealed from modified by granting items 2, and 3, b and c, and as so modified affirmed, without costs. Verified bill of

particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.